# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2259.   BJORN  HARRIS  v.  MARK  BUTLER,  COMMISSIONER, GEORGIA DEPARTMENT OF LABOR, et al.

The Board of Review of the Georgia Department of Labor affirmed the hearing officer's decision to deny unemployment insurance benefits to Bjorn Harris. Harris filed a petition for judicial review.  The superior court affirmed the Board of Review's decision.

Harris, acting pro se, has filed a direct appeal from the superior court's order. However, OCGA § 5-6-35 (a) (1) requires that appeals from orders of superior courts reviewing decisions of state administrative agencies must be made by timely application for discretionary review.  See *Dept. of Corrections v. Mack*, 217 Ga. App. 862 (459 SE2d 573) (1995).  As a result of Harris's failure to file a timely application for discretionary review, this Court is without jurisdiction to consider the appeal and it is ordered DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/10/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.